UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PABLO A. ASTORGA                                                   CIVIL ACTION

VERSUS                                                                     NO: 11-00134-KDE-SS

CALPINE CORPORATION

## REPORT AND RECOMMENDATION

For the reasons described below, it is recommended that the complaint of the plaintiff, Pablo A. Astorga ("Astorga"), be dismissed without prejudice.

On January 21, 2011, Astorga filed a complaint against Calpine Corporation ("Calpine"), for relief under Title VII, 42 U.S.C. 2000e, and the Louisiana employment discrimination law. Rec. doc. 1.  Astorga is represented by counsel.  On February 10, 2011, he filed an amended complaint and alleged that, although he signed a release, it is invalid.  Rec. doc. 3.  The summons for the original and amended complaints were issued, but there is no proof of service in the record.

The Federal Rules of Civil Procedure provide:

> If a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).  The rule is not restarted by the filing of an amended complaint except as to those defendants newly added in the amended complaint.  Bolden v. City of Topeka, Kan., 441 F.3d 1129, 1148-49 (10th Cir. 2006) (citing 4B Wright and Miller, Federal Practice and Procedure § 1137, at 377 (3d ed. 2002)).  Astorga's amended complaint did not add new defendants.  The deadline for Astorga to serve Calpine was May 21, 2011.

The matter was set for the call docket on May 25, 2011 and June 8, 2011. Astorga was ordered to serve Calpine and file proof of service of the summons and complaint in the record. He was notified of the requirement of Fed. R. Civ. P. 4(m) and was cautioned that if he did not comply with the order, a report and recommendation may be issued that his complaint be dismissed without prejudice. Rec. doc. 6. He did not comply with the orders of May 9, 2011 and May 26, 2011. He has not demonstrated good cause for any further time to serve Calpine.

Accordingly, IT IS RECOMMENDED that Astorga's complaint be dismissed without prejudice.

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 5 day of July, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**