UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PABLO A. ASTORGA                                   CIVIL ACTION

VERSUS                                             NO: 11-00134-KDE-SS

CALPINE CORPORATION

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that judgment be entered in favor of defendant, Calpine Corporation, and against the plaintiff, Pablo A. Astorga, dismissing the plaintiff's complaint without prejudice.

New Orleans, Louisiana, this _9th_ day of _August_, 2011.

UNITED STATES DISTRICT JUDGE

